UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **EDWARD MONROE, FABIAN MOORE,** and **TIMOTHY WILLIAMS,** on behalf of themselves and all other similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> **FTS USA, LLC and UNITEK USA, LLC,** <br><br> Defendants. | Case No. 2:08-cv-2100-BBD-dkv |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND GRANTING MOTION TO CONDITIONALLY CERTIFY CLASS

Before the Court is Plaintiff's Motion for Class Certification. (D.E. #36.) The matter was referred to the Magistrate Judge for a report and recommendation. On February 23, 2009, the Magistrate Judge entered his Report and Recommendation. No objections have been filed. Upon a de novo review of the case file, the Court adopts the Report of the Magistrate Judge. Based on the reasoning set forth therein, Plaintiffs' motion to conditionally certify class is **GRANTED**.

**IT IS SO ORDERED** this 17th day of March, 2009.

                                                         s/ Bernice B. Donald
                                                       JUDGE BERNICE BOUIE DONALD
                                                       UNITED STATES DISTRICT JUDGE