UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**EDWARD MONROE, FABIAN MOORE,
& TIMOTHY WILLIAMS, on behalf of
themselves and all other similarly situated
employees,**

    Plaintiffs,

v.   Case No. 2:08-cv-02100-JTF-cgc

**FTS USA, LLC & UNITEK USA, LLC,**

    Defendants.

# JUDGMENT

    Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order entered by this Court on November 12, 2019 (ECF No. 563) in favor of 295 Plaintiffs in the amount and manner as follows: (a) Plaintiffs' overtime damages for 295 individuals totals $442,633.30; (b) Plaintiffs' liquidated damages for 295 individuals totals $442,633.30; and (c) Post-judgment interest from October 31, 2012 for 295 individuals totals $9,602.08.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.          THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE          CLERK

November 12, 2019          s/Benjamin D. Hargrove
DATE          (BY) LAW CLERK